**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| GABRIEL GUERRERO, | ) | NO. CV 13-6713-R(E) |
| | ) | |
|       Petitioner, | ) | |
| | ) | |
|   v. | ) | JUDGMENT |
| | ) | |
| P.D. BRAZELTON, Warden, | ) | |
| | ) | |
|       Respondent. | ) | |
| _____ | ) | |

     Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

     DATED:  October 31, 2014.

_____
          MANUEL L. REAL
    UNITED STATES DISTRICT JUDGE